1
2
3
4
5
6           **IN THE UNITED STATES DISTRICT COURT**
7            **FOR THE DISTRICT OF ARIZONA**
8

9 Justin Therrien,               **NO. CV-24-00934-PHX-KML**

10         Plaintiff,

11 v.                   **JUDGMENT OF DISMISSAL IN A CIVIL CASE**

12 NuVision Auto Glass LLC, et al.,

13         Defendants.

14

15     **Decision by Court.**  This action came for consideration before the Court.  The

16 issues have been considered and a decision has been rendered.

17     IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed

18 November 5, 2024, judgment of dismissal is entered. Plaintiff to take nothing, and the

19 complaint and action are dismissed with prejudice.

20                  Debra D. Lucas

21                  District Court Executive/Clerk of Court

22 December 9, 2024

23                s/ K. James
            By   Deputy Clerk

24
25
26
27
28